

FILED
MAY - 7 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:19-00127

18 U.S.C. § 922(g)(4)
18 U.S.C. § 924(a)(2)

**BENJAMIN LEE PARSONS**

## I N F O R M A T I O N
(Possession of a Firearm by a Person Who has been Committed to a Mental Institution)

The United States Attorney Charges:

1. On or about October 31, 2018 at or near Mineral Wells, Wood County, West Virginia, and within the Southern District of West Virginia, defendant BENJAMIN LEE PARSONS did knowingly possess the following firearms in and affecting interstate commerce:

   a. An FNH, model M249S, 5.56 caliber semiautomatic rifle; and

   b. A Molot, 5.45x39mm semiautomatic rifle.

2. At the time defendant BENJAMIN LEE PARSONS possessed the aforesaid firearms, he had been committed to a mental hospital; that is, on February 24, 2017, in the Circuit Court of Wood County, West Virginia, defendant BENJAMIN LEE PARSONS was involuntarily

committed to the William R. Sharpe Hospital for inpatient psychiatric observation in Case Number 2017-MH-54-0060-F6.

In violation of Title 18, United States Code, Sections 922(g)(4) and 924(a)(2).

                              UNITED STATES OF AMERICA

                              MICHAEL B. STUART
                              United States Attorney

By: _____
     JOSHUA C. HANKS
     Assistant United States Attorney